**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| **v.** | : | **No. 5:16-cr-00032–LAG-CHW-7** |
| | : | |
| **JOSHUA MULLIS,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## <u>ORDER</u>

Before the Court is a Motion to Proceed in Forma Pauperis (Doc. 342), in which the Defendant requests that a copy of his sentencing hearing transcript be provided to him free of charge. Defendant states that he needs the transcript to prepare a motion for compassionate release. (*Id.*) Defendant attempted to receive this transcript in February 2018. (Doc. 314). A docket note accompanying the entry of Defendant's 2018 request reflects that the Clerk's office sent Defendant a letter explaining the costs of obtaining copies and advised Defendant that transcripts could be obtained from the court reporter.  Now over three years later, Defendant again requests his sentencing hearing transcript be provided to him.

Defendant's motion does not explain why he requires the sentencing hearing transcript to prepare his motion for compassionate release.  He only states that he "needs the transcripts to his sentencing hearing for the purpose of researching the issues that will be presented in his motion for compassionate release." (Doc. 342, p. 2). 28 U.S.C.A. § 753(f) governs when an indigent defendant may be entitled to a free transcript. "The statute…authorizes free transcripts for indigent defendants [in Section 2255 proceedings], 'in criminal proceedings,' 'in habeas corpus proceedings,' or when pursuing a non-frivolous appeal. Critical to § 753(f)'s guarantee, then, is a

pending proceeding to which the transcripts are relevant." *United States v. Adamson*, 681 F. App'x 824, 826-827 (11th Cir. 2017).  Defendant is not entitled to a free transcript for two reasons.  First, there is no pending proceeding in Defendant's case as required by § 753(f). Second, Defendant states that he needs a transcript to *research issues* to present in his motion for compassionate release.  However, "indigent federal prisoners are not entitled to copies of transcripts at government expense for the purpose of preparing a collateral attack on a conviction." *Id.* at 827.  Moreover, Defendant is not eligible for a free transcript to simply search for possible error.  *See United States v. Andrews*, 2009 WL 10728502 at *1 (M.D.Ga., November 3, 2009) (citing *Walker v. United States*, 424 F.2d 278, 279 (5th Cir. 1970)).  Because he has not shown he is entitled to a free transcript, Defendant's motion (Doc. 342) is **DENIED**.

      **SO ORDERED**, this 5th day of April, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge